**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

WADE A. DRUMMOND,                    :

     Petitioner,                    :

vs.                                          :          CA 06-0503-BH-C

UNITED STATES OF AMERICA,        :
et al.,
                                    :
     Respondents.

**<u>ORDER</u>**

After due and proper consideration of all portions of  this file deemed relevant to

the issues raised, and a *de novo* determination of those portions of the recommendation to

which objection is made, the recommendation of the Magistrate Judge made under 28

U.S.C. § 636(b)(l)(B) and dated March 27, 2007, is **ADOPTED** as the opinion of this

Court.

**DONE** this 17th day of April, 2007.

                                                          s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE